# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO CASTILLO ALEMAN,<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY DETENTION CENTER,<br>Respondent. | Case No. 1:26-cv-03988-JLT-EPG-HC<br><br>ORDER FOR SUPPLEMENTAL BRIEFING |

Petitioner is a federal immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Petitioner is a citizen of Cuba who was ordered removed on May 16, 1990 and was released on orders of supervision multiple times, most recently on November 13, 2018. On March 28, 2026, Petitioner was re-detained. (ECF No. 8 at 1.)

Respondent argues:

> Because Petitioner is inadmissible under § 1182, he is detained under 8 U.S.C. § 1231(a)(6) and his detention is thus presumptively reasonable for up to six months. Petitioner has only been detained for about three weeks, however, and ERO is pursuing his removal to Mexico. As such, Petitioner has not rebutted the presumption of *Zadvydas* by showing removal is not significantly likely to happen in the reasonably foreseeable future.

(ECF No. 8 at 3.) "However, the burden-shifting framework from *Zadvydas* does not apply here." Yan-Ling X. v. Lyons, 813 F. Supp. 3d 1157, 1163 (E.D. Cal. 2025). "The regulations at 8 C.F.R. §§ 241.13(i) and 241.4(l) apply to non-citizens in petitioner's situation and outline the

process to be followed," including a prompt informal interview. Yan-Ling X., 813 F. Supp. 3d at 1163; 8 C.F.R. § 241.4(*l*)(1); 8 C.F.R. § 241.13(i)(3).

Respondents assert that they are pursuing Petitioner's third country removal to Mexico. (ECF No. 8 at 2.) This Court and "[o]ther courts in this circuit have recognized that [Respondent's third country removal] policy is unconstitutional[.]" Vu v. Noem, No. 1:25-cv-01366-KES-SKO (HC), 2025 WL 3114341, at *9 (E.D. Cal. Nov. 6, 2025) (collecting cases).

The Court finds that supplemental briefing on whether a prompt informal interview was conducted after the revocation of Petitioner's order of supervision and the constitutionality of the government's third country removal policy would assist the Court in this matter.

Accordingly, the Court HEREBY ORDERS that:

1. Within fourteen (14) days of the date of service of this order, Respondents SHALL FILE a supplemental brief addressing the issues set forth above; and
2. Within fourteen (14) days of the date of service of Respondents' supplemental brief, Petitioner MAY FILE a reply.

IT IS SO ORDERED.

Dated: **August 18, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE